**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| KESETE SOLOMON | CIVIL ACTION NO. 26-1515 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| DHS/ICE, ET AL. | MAGISTRATE JUDGE LEBLANC |

# JUDGMENT

The Court having reviewed the Report and Recommendation of the Magistrate Judge, noting no objections were filed, and after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that defendants' Motion to Dismiss, Record Document 13, is **GRANTED,** and petitioner Kesete Solomon's Petition for Writ of Habeas Corpus, Record Document 1, is **DISMISSED AS MOOT**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 19th day of October, 2026.

Alx C. Van Hook

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE